5:22-cv-302-SPCPRL

# GROGAN, JOSEPH #012376
~~2 OF 5~~
~~G A 115 B~~
GB 104 B
Marion County Jail
3290 NW 10 St
Ocala, Fla. 34475

FILED
2022 JUL -5 AM 10:04
CLERK, US DISTRICT COURT
MIDDLE DISTRICT OF FL
OCALA, FLORIDA

# Notice of Complaints

For the Record,

I am Joseph Aaron Grogan. I am indegent (without any money), I am incarcerated in Marion County Jail. I need to file these papers with the courts and whom ever else it may concern. I have sent everyone a copy on my behalf and have given them 21 days to respond. I have not received a response from anyone so therefore it is hereby deemed thru my contract that all known debt in my name (Joseph Aaron Grogan) shall be ruled clear and satisfied. ~~With this notice~~ Also attached to this notice is a copy of my affidavit of truth, sovereignty affidavit of truth and my notice of contract.

JOSEPH AARON GROGAN 590220978
Joseph Aaron Grogan 590220978
joseph aaron grogan 590220978

J. Aaron Grogan SSN# 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
"JS44"          (Legal Tender) 3-603(b)
"HJR192"     FI ID# 6 625 481 82 4280
Affidavit/Declaration

Under penalties of perjury, I declare that I have read the foregoing Notice of Complaints (document title) and that the facts stated in it are true.
Florida State Statute 92.525

Date 06/29/22   Signature J. Aaron Grogan

Page 1 of 5

# AFFIDAVIT OF TRUTH

Be it known to all who call themselves "government," their "courts," agents, and other parties, that I, _joseph aaron grogan_ DoB: 11-28-1982, JOSEPH AARON GROGAN, am a natural, freeborn sovereign individual, without subjects. I am neither subject to any entity anywhere, nor is any entity subject to me. I neither dominate anyone, nor am I dominated.

I am not a "person" as defined in "statutes" when such definition includes "artificial entities." I refuse to be treated as a "federally" or "state" created entity which is only capable of exercising certain rights, privileges, or immunities as specifically "granted" by "federal" or "state" "governments."

I may voluntarily choose to comply with the "laws" which others attempt to impose upon me, but no such "laws," nor their "enforcers," have any authority over me. I am not in any "jurisdiction," for I am not of subject status.

Unless I have wilfully harmed or violated someone or someone's property without their consent, I have not committed any crime, and am therefore not subject to any penalty.

Thus, be it known to all, that I reserve my natural right not to be compelled to perform under any "contract" that I did not enter into knowingly, voluntarily, and intentionally. Furthermore, I do not accept the "liability" associated with the compelled and pretended "benefit" of any hidden or unrevealed "contract" or "commercial agreement."

As such, the hidden or unrevealed "contracts" that supposedly create "obligations" to perform, for persons of subject status, are inapplicable to me, and are null and void. If I have participated in any of the supposed "benefits" associated with these hidden "contracts," I have done so under duress, for lack of any other practical alternative. I may have received such "benefits" but I have not accepted them in a manner that binds me to anything.

Any such participation does not constitute "acceptance," because of the absence of full disclosure of any valid offer, and voluntary consent without misrepresentation or coercion. Without a valid voluntary offer and acceptance, knowingly entered into by both parties, there is no "meeting of the minds," and therefore no valid contract. Any supposed "contract" is therefore void, <u>from the beginning</u>.

From my age of consent to the date affixed below I have never signed a contract knowingly, willingly, intelligently, voluntarily, and intentionally whereby I have waived any of my natural inherent rights, and, as such, **take notice** that I revoke, cancel, and make void <u>from the beginning</u> my signature on any and all "contracts," "agreements," "forms," or any "instrument" which may be construed in any way to give any agency or department of any "government" any "authority," "venue," or "jurisdiction" over me.

Typical examples of such compelled and pretended "benefits" are: JOSEPH AARON GROGAN joseph aaron grogan SSN: 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 SSN: 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 Set off/Discharged All Debt HJR192 Pursuant to "HJR192" NO Debt can be lawfully Paid Pursant to 12 USC Sections 210.10 and 210.12 Debt can only be discharged.

AFFIDAVIT OF TRUTH                                                                                                                   Page 2 of 5

1. <u>"Birth Certificate"</u>: The fact that a "birth certificate" was issued to me by a local hospital or "government" agency when I was born, is irrelevant to my sovereignty. No status, high or low, can be assigned to another person through a piece of paper, without the recipient's full knowledge and consent. Therefore, such a piece of paper provides date and place information only. It indicates nothing about "jurisdiction," nothing about property ownership, nothing about rights, and nothing about subject status. The only documents that can have any significance, as it concerns my status in society, are those which I have signed as an adult, with full knowledge and consent, free from misrepresentation or coercion of any kind.

2. <u>The use of national currency to discharge my debts</u>: I have used these only because there is no other widely recognized currency.

3. <u>The use of a bank account</u>: If there is any hidden "contract" behind an account, my signature therewith gives no validity to it. The signature is only for verification of identity. I can not be obligated to fulfill any hidden or unrevealed "contract" whatsoever, due to the absence of full disclosure and voluntary consent.

   Likewise, my use of the bank account is due to the absence of an alternative. To not use any bank at all is very difficult and impractical.

4. <u>The use of a "driver's license"</u>: There is no real need for me to have such a "license" for travelling in a car. However, if I am stopped for any reason and found to be without a "license," it is likely I would be unduly harassed and penalized. Therefore, under duress, I carry a "license" only to avoid extreme inconvenience.

5. <u>"State plates" on my car</u>: Similarly, if I have "registered" my car with the "state" and carry the "state plates" on it, I have done so only because to have any other "plates" or no "plates" at all, causes me to run the risk of "police officer" harassment and extreme inconvenience.

6. <u>The use of a "passport"</u>: There is no real need for me to have a "passport" (or other associated "permits," "visas," etc.) to travel. I have the right to travel without hindrance, wherever, however, and whenever I wish, so long as I do not encroach upon the private property of others. Though without a "passport," my right to travel is unduly hindered. Therefore, under duress, I only use a "passport" to prevent extreme inconvenience and to ensure that I can travel from one "country" to another at all.

7. <u>Past "filing" of "tax returns"</u>: Because such "tax returns" were "filed" under threat, duress, and coercion, and no two-way contract was ever signed with full disclosure, there is nothing in any past "filing" of "tax returns" or payments that created any valid contract. Therefore, no obligation on my part was ever created.

8. <u>Past "enrolment" and "voting"</u>: Similarly, since no obligation to perform in any manner was ever revealed in print, as part of the "requirements" for the supposed "privilege" to "enrol" and "vote," any such "enrolment" or "voting" does not oblige me to do anything, nor grant any "jurisdiction" over me to anyone.

9. <u>"Citizenship"</u>: Any document I may have ever signed, in which I answered "yes" to the question, "Are you a [insert name of "country" here] citizen?" - cannot be used to compromise my status as a sovereign, nor obligate me to perform in any manner. This is because without full written disclosure of the definition and consequences of such supposed "citizenship,"

provided in a document bearing my signature given freely without misrepresentation or coercion, there can be no binding contract.

I am not a "[insert name of "country" here] citizen." I am not a "resident of," an "inhabitant of," a "franchise of," a "subject of," a "ward of," the "property of," the "chattel of," or "subject to the jurisdiction of" any "monarch" or any corporate "commonwealth," "federal," "state," "territory," "county," "council," "city," "municipal body politic," or other "government" allegedly "created" under the "authority" of a "constitution" or other "enactment." I am not subject to any "legislation," department, or agency created by such "authorities," nor to the "jurisdiction" of any employees, officers, or agents deriving their "authority" therefrom. Nor do any of the "statutes" or "regulations" of such "authorities" apply to me or have any "jurisdiction" over me.

Further, I am not a subject of any "courts" or bound by "precedents" of any "courts," deriving their "jurisdiction" from said "authorities." **Take notice** that I hereby cancel and make void <u>from the beginning</u> any such "instrument" or any presumed "election" made by any "government" or any agency or department thereof, that I am or ever have voluntarily elected to be treated as a subject of any "monarch" or a "[insert name of "country" here] citizen," or a "resident" of any "commonwealth," "state," "territory," "possession," "instrumentality," "enclave," "division," "district," or "province," subject to their "jurisdiction(s)."

10. **"Constitution"**: The document supposedly setting forth the foundations of a "country" and "its" "government," has no inherent authority or obligation. A "constitution" has no authority or obligation at all, unless as a contract between two or more individuals, and then it is limited only to those individuals who have specifically entered into it. At most, such a document could be a contract between the existing people at the time of its creation, but no-one has the right, authority, or power to bind their posterity. I have not knowingly, voluntarily and intentionally entered into any such "constitution" contract to oblige myself thereby, therefore such a document is inapplicable to me, and anyone claiming to derive their "authority" from such a document has no "jurisdiction" over me.

11. **Use of semantics**: There are some immature people with mental imbalances, such as the craving to dominate other people, who masquerade as "government," and call the noises and scribbles that emanate from their mouths and pens "the law" which "must be obeyed." Just because they alter definitions of words in their "law" books to their supposed advantage, doesn't mean I accept those definitions. The fact that they define the words "person," "address," "mail," "resident," "motor vehicle," "driving," "passenger," "employee," "income," and many others, in ways different from the common usage, so as to be associated with a subject or slave status, means nothing in real life.

Because the "courts" have become entangled in the game of semantics, be it known to all "courts" and all parties, that if I have ever signed any document or spoken any words on record, using words defined by twists in any "law" books different from the common usage, there can be no effect whatsoever on my sovereign status in society thereby, nor can there be created any "obligation" to perform in any manner, by the mere use of such words. Where the definition in the common dictionary differs from the definition in the "law" dictionary, it is the definition in the common dictionary that prevails, because it is more trustworthy.

Such compelled and supposed "benefits" include, but are not limited to, the aforementioned typical examples. My use of such alleged "benefits" is under duress only, and is with full reservation of all my natural inherent rights. I have waived none of my intrinsic rights and freedoms by my use thereof.

AFFIDAVIT OF TRUTH                                                          Page 4 of 5

Furthermore, my use of such compelled "benefits" may be temporary, until alternatives become available, practical, and widely recognized.

## REVOCATION OF POWER OF ATTORNEY

I hereby revoke, rescind, cancel, and make void *from the beginning*, all powers of attorney, in fact or otherwise, implied in "law" or otherwise, signed either by me or anyone else, as it pertains to any "tax file/identification number" and/or "social security number" assigned to me, as it pertains to my "birth certificate," and as it pertains to any and all other numbers, "licenses," "certificates," and other "instruments" issued by any and all "government" and quasi-"governmental" departments or agencies, due to the use of various elements of fraud by said agencies to attempt to deprive me of my sovereignty and/or property.

I hereby waive, cancel, repudiate, and refuse to knowingly accept any alleged "benefit" or "gratuity" associated with any of the aforementioned numbers, "licenses," "certificates," and other "instruments." My use of any such numbers, "licenses," "certificates," or other "instruments" has been for information purposes only, and does not grant any "jurisdiction" to anyone.

I do hereby revoke and rescind all powers of attorney, in fact or otherwise, signed by me or otherwise, implied in "law" or otherwise, with or without my consent or knowledge, as it pertains to any and all property, real or personal, corporeal or incorporeal, obtained in the past, present, or future. I am the sole and absolute owner and possess allodial title to any and all such property.

**Take notice** that I also revoke, cancel, and make void *from the beginning* all powers of attorney, in fact, in presumption, or otherwise, signed either by me or anyone else, claiming to act on my behalf, with or without my consent, as such power of attorney pertains to me or any property owned by me, by, but not limited to, any and all quasi/colorable, public, "governmental" departments, agencies or corporations on the grounds of constructive fraud, concealment, and nondisclosure of pertinent facts.

---

I affirm that all of the foregoing is true and correct. I affirm that I am competent to make this Affidavit. I hereby affix my own signature to all of the affirmations in this entire document with explicit reservation of all my inalienable rights and my specific right not to be bound by any "contract" or "obligation" which I have not entered into knowingly, voluntarily, intentionally, and without misrepresentation, duress, or coercion.

The use of notary below is for identification only, and such use does not grant any "jurisdiction" to anyone.

FURTHER AFFIANT SAITH NOT.

Subscribed and sworn, without prejudice, and with all rights reserved,

(Printed Name:) Joseph Aaron Grogan.
Principal, by Special Appearance, in Propria Persona, proceeding Sui Juris.

Signed: Joseph Aaron Grogan

Date: 05/12/22

AFFIDAVIT OF TRUTH                                                                 Page 5 of 5

On this 12 day of May, 2022, before me, the undersigned, a Notary Public in and for Joseph Aaron Grogan, personally appeared the above-signed, known to me to be the one whose name is signed on this instrument, and has acknowledged to me that s/he has executed the same.

Signed: _____

Printed Name: Gary Schuster

Date: 05/12/22

Address: 3290 N.W 10th St, Ocala, Fl 34479

HOME ~ SEARCH ~ GUEST BOOK ~ CONTACT ~ WHAT'S NEW ~ DISCLAIMER ~ SOURCE AREA

Downloaded from the *Personal Empowerment Resources* Web-Site: http://www.mind-trek.com/

Per-executive order 6102 our ability to pay our Debt's Has been Obolished.

3-603(b)

DOB 11-28-82   JOSEPH AARON GROGAN  SSN: 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
              joseph aaron grogan  SSN: 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

Set/off Discharged All Claims against above Name.

DOB: 11-28-1982  Joseph Aaron Grogan  SSN: 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
                Without Pre-judice  UCC-1-308
UCC filed Date: 08-05-2016

# Notice of Contract

To whom it may concern,

I am a man of god not a piece of paper, a fictitious corporate entity or public office holder using any fraudulently created government made all upper case name (the strawman) that resembles my English grammarically given name of Joseph Aaron Grogan. Pursuant to Article 1 Section 10 of the United States Constitution nothing shall be tender for payment but silver and gold coins, also pursuant to HJR192 no debt can be lawfully paid. Pursuant to 12 U.S.C. Sections 210.10 and 210.12 debts can only be discharged. Per executive order 6102 our ability to pay "our" debts has been abolished. This being stated clearly herein I wish to accept and satisfy all debts, claims, torts, leins, leins of record, suits, settlements, claims to me or from me, accounts payable or recieveable to be and shall be considered paid in full including court cost, fines, restitutions from past, present and future claims of any and all sorts shall be considered paid in full with no further course of legal action to be considered or construed nor accepted nor issued by me or to me. From this date of June 2nd 2022 considered all past and future debts, claims, leins, torts, settlements, courses of legal action to be frivilious and unnecessary having been paid in full and discharged from my liability and placed upon the liability of the Same U.S. government using my strawman name against my wishes, will and permission

Page 2 of 4

## Notice of Contract

I AM forgiving the United States government for all illegal transactions against me both knowingly and unknowingly made using my name in its strawman all capital form of JOSEPH AARON GROGAN or my gramarical English spelled name of Joseph Aaron Grogan in return for this forgiveness have it be known I Am not nor shall I ever be considered a slave nor endebted to pay part of the National Debt in part or full nor in any way should I be placed under contractual responsibility for producing "United States" Currency to pay nor discharge debt or debts to live within and upon the Continent of North America A.K.A. "United States", U.S., U.S.A. or United States of America. I shall be given the Liberty to Move About as Wanted or Needed without many delay nor hinderance as was intended by the drafters of the Constitution of the United States with unlimited wealth and credit as a Secured Party Creditor, Exempt from Levy

Setoff / Discharge        3-603(b) Legal tender

JOSEPH AARON GROGAN  590220978
Joseph Aaron Grogan  590220978
joseph aaron grogan  590220978

P.S Uniform Commercial Code (U.C.C.) was filed 08-05-2016

DOB: 11-28-1982 / SSN: 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        2 of 4

# Notice of Contract    Page 3 of 4

This is for the Record of the Treasury, I.R.S., Department of Agriculture, Food and Drug Administration, White House, Department of Social Security, Clerk of Courts, Supreme Courts, Drug Enforcement Agency, Equifax, Transunion, Bank of America, Visa, MasterCard, Morgan and Morgan, Chase Bank, Department of Immigration and Naturalization Services, And any other Departments of the Federal Government of the United States of America not yet mentioned. You hereby are given 21 Calendar Days to Reply/Respond to this Notice of Contract. If no Reply/Responce is recieved it is hereby deemed that this Contract to Clear All Debts Known to Exist upon Joseph Aaron Grogan A.K.A. JOSEPH AARON GROGAN have been satisfyed or shall be satisfyed in a timely manner by the "Department of Treasury" of the "United States of America".

### Addresses

Treasury 1500 Pennsylvania Ave. N.W. Washington D.C. 20220
I.R.S. 3300 S.W. 34th Ave. Ocala, Fl. 34474
Dept. of Agriculture 1400 Independence Av. S.W. Washington DC 20250
White House 1600 Pennsylvania Ave N.W. Washington D.C. 20500
Joseph Aaron Grogan 3290 N.W. 10th St. Ocala Fl. 34475
JOSEPH AARON GROGAN 16890 S.E. 1st Lane Silver Springs, FL 34488
Kalvin Francis 191 N. Hwy. 314 A. Silver Springs, FL 34488

## Notice of Contract

Please respond to the Addresses in a timely Manner. Please issue me an Account Number so I may Access my Unlimited Funds and a Black Visa and Master Card linked to the Account that are also Debit Account Linked to My Account that is to be funded by the Department of Treasury. Thank You Very Much for your time

Sincerely and Respectfully Yours

590220978
590220978
590220978
Fla ID# G625481824280

Joseph Aaron Grogan
joseph aaron grogan
JOSEPH AARON GROGAN
J. aaron Grogan   06/07/2022

Under penalties of perjury, I declare that I have read the foregoing  Notice of Contract
(document title)
and that the facts stated in it are true.
Florida State Statute 92.525

06/29/2022    J. aaron Grogan
Date          Signature    Without pre-judice

Joseph Aaron Grogan  DOB: 11/28/1982
JOSEPH AARON GROGAN (SSN: 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)
joseph aaron grogan (Fla ID# G625481824280)

4 of 4

# SOVEREIGNTY AFFIDAVIT OF TRUTH

Be it known to all who call themselves "government," their "courts," agents, corporations and other parties, that I, Secured Party Name© am a natural, freeborn sovereign individual, without subjects. I am neither subject to any entity anywhere, nor is any entity subject to me. I neither dominate anyone, nor am I dominated.

I am not a "person" as defined in commercial "statutes" when such definition includes "artificial entities." I refuse to be treated as a "federally" or "state" created entity which is only capable of exercising certain rights, privileges, or immunities as specifically "granted" by "federal" or "state" "governments." I, Secured Party Name© am created by GOD alone and subject only to my true Creator, GOD.

I am not a fictitious corporate entity, or public office holder using any fraudulent government-created, upper case name [THE STRAW MAN] that resembles my natural name. This upper case fictional identity was forged for illegal commercial gain from a birth certificate, without full disclosure and without my consent or my mother's consent.

I may voluntarily choose to comply with the "laws" which others attempt to impose upon me, but no such "laws," nor their "enforcers," have any authority over me. I am not in any "jurisdiction," for I am not of subject status.

Unless I have willfully harmed or violated someone or someone's property without their consent, I have not committed any crime, and am therefore not subject to any penalty.

Thus, be it known to all, that I reserve my natural right not to be compelled to perform under any "contract" that I did not enter into knowingly, voluntarily, and intentionally. Furthermore, I do not accept the "liability" associated with the compelled and pretended "benefit" of any hidden or unrevealed "contract" or "commercial agreement."

As such, the hidden or unrevealed "contracts" that supposedly create "obligations" to perform, for persons of subject status, are inapplicable to me, and are null and void. If I have participated in any of the supposed "benefits" associated with these hidden "contracts," I have done so under duress, for lack of any other practical alternative. I may have received such "benefits" but I have not accepted them in a manner that binds me to anything.

Any such participation does not constitute "acceptance," because of the absence of full disclosure of any valid offer, and voluntary consent without misrepresentation or coercion. Without a valid voluntary offer and acceptance, knowingly entered into by both parties, there is no "meeting of the minds," and therefore no valid contract. Any supposed "contract" is therefore void, from the beginning.

From my age of consent to the date affixed below I have never signed a contract knowingly, willingly, intelligently, voluntarily, and intentionally whereby I have waived any of my natural inherent rights, and, as such, **take notice** that I revoke, cancel, and make void from the beginning my signature on any and all "contracts," "agreements," "forms," or any "instrument" which may

be construed in any way to give any agency or department of any "government" any "authority," "venue," or "jurisdiction" over me.

Typical examples of such compelled and pretended "benefits" are:

1. <u>"Birth Certificate"</u>: The fact that a "birth certificate" was issued to me by a local hospital or "government" agency when I was born, is irrelevant to my sovereignty. No status, high or low, can be assigned to another person through a piece of paper, without the recipient's full knowledge and consent. Therefore, such a piece of paper provides date and place information only. It indicates nothing about "jurisdiction," nothing about property ownership, nothing about rights, and nothing about subject status. The only documents or commercial contracts that can have any significance, as it concerns my status in society, are those which I have signed as an adult, with full knowledge and consent, meeting true requirements of an "enforceable" contract, free from non-disclosure, misrepresentation, or coercion of any kind.
2. <u>The use of national currency to discharge my debts</u>: I have used these only because there is no other widely recognized currency.
3. <u>The use of a bank account</u>: If there is any hidden "contract" behind an account, my signature therewith gives no validity to it. The signature is only for verification of identity. I cannot be obligated to fulfill any hidden or unrevealed "contract" whatsoever, due to the absence of full disclosure and voluntary consent. Likewise, my use of the bank account is due to the absence of an alternative. To not use any bank at all is very difficult and impractical.
4. <u>The use of a "driver's license"</u>: There is no real need for me to have such a "license" for travelling in a car. However, if I am stopped for any reason and found to be without a "license," it is likely I would be unduly harassed and penalized. Therefore, under duress, I carry a "license" only to avoid extreme inconvenience.
5. <u>"State plates" on my car</u>: Similarly, if I have "registered" my car with the "state" and carry the "state plates" on it, I have done so only because to have any other "plates" or no "plates" at all, causes me to run the risk of "police officer" harassment and extreme inconvenience.
6. <u>The use of a "passport"</u>: There is no real need for me to have a "passport" (or other associated "permits," "visas," etc.) to travel. I have the right to travel without hindrance, wherever, however, and whenever I wish, so long as I do not encroach upon the private property of others. Though without a "passport," my right to travel is unduly hindered. Therefore, under duress, I only use a "passport" to prevent extreme inconvenience and to ensure that I can travel from one "country" to another at all.
7. <u>Past "filing" of "tax returns"</u>: Because such "tax returns" were "filed" under threat, duress, and coercion, and no two-way contract was ever signed with full disclosure, there is nothing in any past "filing" of "tax returns" or payments that created any valid contract. Therefore, no obligation on my part was ever created.
8. <u>Past "enrolment" and "voting"</u>: Similarly, since no obligation to perform in any manner was ever revealed in print, as part of the "requirements" for the supposed "privilege" to "enroll" and "vote," any such "enrolment" or "voting" does not oblige me to do anything, nor grant any "jurisdiction" over me to anyone.

9. **"Citizenship":** Any document I may have ever signed, in which I answered "yes" to the question, "Are you a UNITED STATES citizen?" - cannot be used to compromise my status as a sovereign, nor obligate me to perform in any manner. This is because without full written disclosure of the definition and consequences of such supposed "citizenship," provided in a document bearing my signature given freely without misrepresentation or coercion, there can be no binding contract.

   I am not a "UNITED STATES citizen." I am not a "resident of," an "inhabitant of," a "franchise of," a "subject of," a "ward of," the "property of," the "chattel of," or "subject to the jurisdiction of" any "monarch" or any corporate "commonwealth," "federal," "state," "territory," "county," "council," "city," "municipal body politic," or other "government" allegedly "created" under the "authority" of a "constitution" or other "enactment." I am not subject to any "legislation," department, or agency created by such "authorities," nor to the "jurisdiction" of any employees, officers, or agents deriving their "authority" therefrom. Nor do any of the "statutes" or "regulations" of such "authorities" apply to me or have any "jurisdiction" over me.

   Further, I am not a subject of any "courts" or bound by "precedents" of any "courts," deriving their "jurisdiction" from said "authorities." **Take notice** that I hereby cancel and make void <u>from the beginning</u> any such "instrument" or any presumed "election" made by any "government" or any agency or department thereof, that I am or ever have voluntarily elected to be treated as a subject of any "monarch" or a "[insert name of "country" here] citizen," or a "resident" of any "commonwealth," "state," "territory," "possession," "instrumentality," "enclave," "division," "district," or "province," subject to their "jurisdiction(s)."

10. **"Constitution":** The document supposedly setting forth the foundations of a "country" and "its" "government," has no inherent authority or obligation. A "constitution" has no authority or obligation at all, unless as a contract between two or more individuals, and then it is limited only to those individuals who have specifically entered into it. At most, such a document could be a contract between the existing people at the time of its creation, but no-one has the right, authority, or power to bind their posterity. I have not knowingly, voluntarily and intentionally entered into any such "constitution" contract to oblige myself thereby, therefore such a document is inapplicable to me, and anyone claiming to derive their "authority" from such a document has no "jurisdiction" over me.

11. **Use of semantics:** There are some immature people with mental imbalances, such as the craving to dominate other people, who masquerade as "government," and call the noises and scribbles that emanate from their mouths and pens "the law" which "must be obeyed." Just because they alter definitions of words in their "law" books to their supposed advantage, doesn't mean I accept those definitions. The fact that they define the words "person," "address," "mail," "resident," "motor vehicle," "driving," "passenger," "employee," "income," and many others, in ways different from the common usage, so as to be associated with a subject or slave status, means nothing in real life.

   Because the "courts" have become entangled in the game of semantics, be it known to all "courts" and all parties, that if I have ever signed any document or spoken any words on

record, using words defined by twists in any "law" books different from the common usage, there can be no effect whatsoever on my sovereign status in society thereby, nor can there be created any "obligation" to perform in any manner, by the mere use of such words. Where the definition in the common dictionary differs from the definition in the "law" dictionary, it is the definition in the common dictionary that prevails, because it is more trustworthy.

Such compelled and supposed "benefits" include, but are not limited to, the aforementioned typical examples. My use of such alleged "benefits" is under duress only, and is with full reservation of all my natural inherent rights. I have waived none of my intrinsic rights and freedoms by my use thereof. Furthermore, my use of such compelled "benefits" may be temporary, until alternatives become available, practical, and widely recognized.

## REVOCATION OF POWER OF ATTORNEY

I hereby revoke, rescind, cancel, and make void <u>from the beginning</u>, all powers of attorney, in fact or otherwise, implied in "law" or otherwise, signed either by me or anyone else, as it pertains to any "tax file/identification number" and/or "social security number" assigned to me, as it pertains to my "birth certificate," and as it pertains to any and all other numbers, "licenses," "certificates," and other "instruments" issued by any and all "government" and quasi-"governmental" departments or agencies, due to the use of various elements of fraud by said agencies to attempt to deprive me of my sovereignty and/or property.

I hereby waive, cancel, repudiate, and refuse to knowingly accept any alleged "benefit" or "gratuity" associated with any of the aforementioned numbers, "licenses," "certificates," and other "instruments." My use of any such numbers, "licenses," "certificates," or other "instruments" has been for information purposes only, and does not grant any "jurisdiction" to anyone.

I do hereby revoke and rescind all powers of attorney, in fact or otherwise, signed by me or otherwise, implied in "law" or otherwise, with or without my consent or knowledge, as it pertains to any and all property, real or personal, corporeal or incorporeal, obtained in the past, present, or future. I am the sole and absolute owner and possess allodial title to any and all such property.

**Take notice** that I also revoke, cancel, and make void <u>from the beginning</u> all powers of attorney, in fact, in presumption, or otherwise, signed either by me or anyone else, claiming to act on my behalf, with or without my consent, as such power of attorney pertains to me or any property owned by me, by, but not limited to, any and all quasi/colorable, public, "governmental" departments, agencies or corporations on the grounds of constructive fraud, concealment, and nondisclosure of pertinent facts.

---

I affirm that all of the foregoing is true and correct. I affirm that I am competent to make this Affidavit. I hereby affix my own signature to all of the affirmations in this entire document with

Page **4** of **5**

explicit reservation of all my inalienable rights and my specific right not to be bound by any "contract" or "obligation" which I have not entered into knowingly, voluntarily, intentionally, and without misrepresentation, duress, or coercion.

The use of notary below is for identification only, and such use does not grant any "jurisdiction" to anyone.

FURTHER AFFIANT SAITH NOT.

Subscribed and sworn, without prejudice, UCC-1.308, and with all rights reserved,

(Printed Name:) joseph aaron grogan, Sovereign and Natural Free-Man of the Land.

Principal, by Special Appearance, in Propria Persona, proceeding Sui Juris.

Signed: Joseph Aaron Grogan

Date: 05/12/22

On this 12 Day of May, 2022 before me, the undersigned, a Notary Public in and for Joseph Aaron Grogan, personally appeared the above-signed, known to me to be the one whose name is signed on this instrument, and has acknowledged to me that s/he has executed the same.

Signed: _____ 6302

Printed Name: Cory Schweitzer

Date: 05/12/22

Address: 3290 N.W. 10th St. Ocala FL 34479

JOSEPH AARON GROGAN SSN: 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
Joseph aaron grogan SSN: 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
Set/off Discharged 3-603(b)
DOB: 11-28-1982   Joseph Aaron Grogan SSN: 590 220978
UCC filed Date: 08-05-2016
HJR192

Page **5** of **5**



Envelope:

From:
Grogan, Joseph #A0112376
G B 104 B
3290 N.W. 10th Street
Ocala, Florida 34475

To:
United States District Court
207 N.W Second Street, #337
Ocala, Fla. 34475-6666

US POSTAGE $000.53
02/23/2022
ZIP 34475
011E11681798

SCREENED By USMS